PD-1406-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/26/2015 2:57:51 PM
Accepted 3/26/2015 2:59:56 PM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

| | | |
|---|---|---|
| JOSE RAMIRO DELAROSA, APPELLANT | § § § | CCA NO. PD-1406-14 |
| V. | § § | COA NO. 05-14-01020-CR |
| THE STATE OF TEXAS, APPELLEE | § § § | TC NO. F14-52888-T |

### STATE'S MOTION FOR LEAVE TO FILE
### REPLY BRIEF AS PER TEX. R. APP. P. 70.4

STATE'S PLEADING IN REPLY TO APPELLANT'S MERIT BRIEF ON STATE'S PETITION FOR DISCRETIONARY REVIEW OF THE DECISION OF THE COURT OF APPEALS FOR THE COURT OF APPEALS, FIFTH DISTRICT OF TEXAS IN CAUSE NUMBER 05-14-01020-CR, THAT HAD BEEN APPEALED FROM CAUSE NUMBER F14-52888-T IN THE 283RD JUDICIAL DISTRICT COURT OF DALLAS COUNTY, TEXAS, THE HONORABLE RICK MAGNIS, JUDGE PRESIDING.

SUSAN HAWK
Criminal District Attorney
Dallas County, Texas

MICHAEL R. CASILLAS
Assistant Criminal District Attorney
Appellate Division
State Bar No. 03967500
133 N. Riverfront Blvd., LB19
Dallas, Texas 75207-4399
(214) 653-3600/FAX (214) 653-3643
Mcasillas@dallascounty.org
michael.casillas@dallascounty.org

## IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

| | | |
|---|---|---|
| JOSE RAMIRO DELAROSA,<br>APPELLANT | §<br>§<br>§ | CCA NO. PD-1406-14 |
| V. | §<br>§ | COA NO. 05-14-01020-CR |
| THE STATE OF TEXAS,<br>APPELLEE | §<br>§<br>§ | TC NO. F14-52888-T |

## STATE'S MOTION FOR LEAVE TO FILE
## REPLY BRIEF AS PER TEX. R. APP. P. 70.4

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

The State hereby respectfully moves this Court for leave to permit the State to file the State's Reply Brief On The Merits that is being tendered to the Court contemporaneously with the instant motion. While the appealing party before an intermediate appellate court has a right file a reply brief under the Texas Rules of Appellate Procedure, the filing of a reply brief before this Court may only be accomplished with this Court's leave according to the terms of Tex. R. App. P. 70.4. For the following reasons, the State requests leave of this Court to file the State's Reply Brief On The Merits that accompanies the instant motion. In support of this motion, the State would show this Court the following:

2

# I.

The State's petition for discretionary review was previously granted on January 28, 2015. That petition for discretionary review initially presented an issue of a fairly-limited nature, *i.e.*, whether the Fifth Court erred by failing to follow Taylor v. State, 247 S.W.3d 223 (Tex. Crim. App. 2008) and make use of the abatement process to determine whether the trial court had in fact granted a motion for new trial, which would determine whether the Fifth Court did or did not have jurisdiction over Delarosa's case.

However, the nature of the issues presented by this case became more complex when Delarosa filed a motion to dismiss the State's previously-granted petition for discretionary review based on a "judgment" that had been issued by the trial court while the State's timely-filed petition for discretionary review was pending before this Court. The State's response to Delarosa's dismissal motion informed this Court that Delarosa's dismissal motion had squarely raised the issue of whether this Court had sole and exclusive jurisdiction at the time the "judgment" of December 17, 2014 was entered. Accordingly, this Court directed the parties to brief not only the substantive issue that arose directly from the State's petition for discretionary review, but also the issue of whether the invocation of

this Court's jurisdiction had deprived the trial court of any jurisdiction to attempt to dispose of the case.

The State submitted its opening merit brief and Delarosa also submitted a separate jurisdictional brief and a reply brief on the merits. Based on issues raised in Delarosa's Reply Brief, the State has drafted the State's Reply Brief On The Merits to address certain issues raised by Delarosa's Reply Brief. In short, the State's Reply Brief On The Merits discusses how the arguments in Delarosa's Reply Brief are based on multiple unproven assumptions, assumptions that the use of the abatement process would have the clear potential to clarify. Moreover, Delarosa's Reply Brief raises certain issues regarding what the trial court would have been required to do had the trial court actually granted Delarosa's motion for new trial based on the sole claim it contained, which was a claim of insufficiency of the evidence.

## II.

The relevant language of the Texas Rules of Appellate Procedure permit the appealing party before the intermediate appellate court to file a reply brief that addresses "any matter in the appellee's brief" as a matter of right. Tex. R. App. P. 38.3. While Tex. R. App. P. 70.4 conditions the filing of a reply brief before this Court by the appealing party on this Court's granting leave to file such a reply

brief, the State submits that the State's Reply Brief On The Merits addresses matters in Delarosa's Reply Brief that this Court would want to consider in deciding how to resolve the issues presented by the State's petition for discretionary review and the State's response to Delarosa's dismissal motion. Accordingly, the State respectfully seeks leave from this Court to file the State's Reply Brief On The Merits so that the relevant considerations identified therein will undoubtedly be placed before this Court.

PRAYER

WHEREFORE, PREMISES CONSIDERED, the State prays that this Court will grant the State leave to file the State's Reply Brief On The Merits that accompanies the instant motion and will order the State's Reply Brief On The Merits filed as of date of this Court's choosing.

Respectfully submitted,

SUSAN HAWK,
Criminal District Attorney
Dallas County, Texas

*Michael R. Casillas*

---

MICHAEL R. CASILLAS,
Assistant Criminal District Attorney
Appellate Division
133 N. Riverfront Blvd., LB19

Dallas, Texas 75207-4399
(214) 653-3600; FAX (214) 653-3642
State Bar No. 03967500

## CERTIFICATE OF SERVICE

I hereby certify that – no later than April 1, 2015 – a true, electronically-formatted copy of the instant State's Motion For Leave has been served on opposing counsel, the Hon. Leslie McFarlane and has been served on the State's Prosecuting Attorney, the Hon. Lisa McMinn by use of the electronic service function that accompanies the filing of the instant State's Motion For Leave with this Court through the electronic filing service provider known as eFileTexas.gov (which was formerly known as TexFile).

*Michael R. Casillas*

MICHAEL R. CASILLAS,
Assistant Criminal District Attorney
Appellate Division
133 N. Riverfront Blvd., LB19
Dallas, Texas 75207-4399
(214) 653-3600; FAX (214) 653-3643
State Bar No. 03967500

6